**Order No. 97–15**
**February 18, 1997**

17860          State v. Jim                                                    Vacated and
                                                                               Remanded

**Order No. 97–16**
**February 19, 1997**

16131          Atlantic Financial Federal–West Virginia v. Santangelo          Affirmed

**Order No. 97–17**
**February 19, 1997**

17894          Mario Const. v. Michael J. Ryan, Ltd.                           Affirmed

**Order No. 97–18**
**February 21, 1997**

19233          Poe v. Rezentes                                                 Affirmed

**Order No. 97–19**
**February 24, 1997**

19627          Lum v. Zoning Board of Appeals                                  Affirmed

**Order No. 97–20**
**February 24, 1997**

18669          Decker v. Rivera                                                Affirmed

**Order No. 97–21**
**February 24, 1997**

17942          Steffens v. Rearden                                             Affirmed